**Slip Op. 01-78**
**United States Court of International Trade**

3G MERMET FABRIC CORP.,

                Plaintiff,

        v.

UNITED STATES,

                Defendant.

Before: Pogue, Judge

Court No. 98-04-00669

**<u>Judgment</u>**

This Court having received and reviewed the United States Customs Service results from the parties' voluntary remand of Flockè 11202 fabric, and Customs having complied with this Court's decision in <u>3G Mermet Fabric Corp. v. United States</u>, 24 CIT \_\_, Slip Op. 01-28 (March 13, 2001), in the absence of any argument in opposition thereto, it is hereby

ORDERED that the Remand Results filed by Customs are affirmed in their entirety.

 

                                    Donald C. Pogue
                                       Judge

Dated:    June 25, 2001
           New York, New York

**ERRATUM**

Slip Op.  01-78, issued June 25, 2001

*3G Mermet Fabric Corp. v. United States*

<u>3G Mermet Fabric Corp. v. United States</u>, 24 CIT _, Slip Op. 01-28 (March 13, 2001) should read <u>3G Mermet Fabric Corp. v. United States</u>, 25 CIT _, Slip Op. 01-28 (March 13, 2001).

June 26, 2001